### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS

In Re: George Z. Castro and Juanita M. Castro
      Debtor

Case No.: 07−20408

Chapter: 7

---

### NOTICE OF PENDING CASE CLOSING WITHOUT ENTRY OF DISCHARGE
### FOR FAILURE TO COMPLETE FINANCIAL MANAGEMENT COURSE

As provided by law, the Court will not grant a discharge of debts in this case until Debtors complete an approved instructional course concerning personal financial management. Debtors must complete a financial management course and file proof of completion with the court within sixty (60) days of the date of this notice or this case will be closed without entry of discharge. Once the case is closed, Debtors will be required to pay a reopening fee in order to file the proof of course completion and receive a discharge.

If Debtors have already filed proof of having completed the financial management course, Debtors must file a response to this notice setting forth the date on which that proof was filed with the Court.

**NOTE: This financial management course requirement is in addition to the pre−bankruptcy credit counseling briefing under 11 U.S.C. § 109 (h).**

A list of financial management course providers is maintained on the court's website: www.txs.uscourts.gov under bankruptcy court information, and on the United States Trustee's website: www.usdoj.gov/ust .

Date: 11/16/07

Michael N. Milby
Clerk of Court