**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: George Z. Castro
Juanita M. Castro
**Debtor(s)**

Case No.: 07–20408

Chapter: 7

**ENTERED**
**01/16/2008**

# FINAL DECREE

The estate of the above−named debtor has been fully administered.

The deposit required by the plan has been distributed. (Chapter 13 Only)

IT IS ORDERED THAT:

Lisa J Nichols is discharged as trustee of the estate of the above−named debtor and the bond is cancelled;

The chapter 7 case of the above−named debtor is closed.

Signed and Entered on Docket: 1/16/08

RICHARD S. SCHMIDT
United States Bankruptcy Judge